# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134953

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                              SC: 134953
                                              COA: 279281
                                              Kent CC: 06-000772-FH,
LANCE MATTHEW HOPKINS,                  06-001363-FH
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2008                                           _____

d0402                                                        Clerk